**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 11, 2012.**



In The

# Fourteenth Court of Appeals

## NO. 14-11-00716-CV

### MOHAMMED ZAHIRRUDIN, Appellant

### V.

### RS 6600 SW FWY, LP, Appellee

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-71889**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 14, 2011. On November 30, 2012, the parties filed an agreed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, McCally and Mirabal.[1]

---

[1] Senior Justice Margaret Garner Mirabal sitting by assignment.